**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Antoine WIDEMAN, Petitioner**

**No. 71 EAL 2017**

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Francesca V. GURECKA, Trustee of the Alba N. Valli Irrevocable Trust, Respondent**

v.

**Robert W. CARROLL and Holly Lacey Carroll, Petitioners**

**No. 94 WAL 2017**

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**William R. LANDIS, Jr., Respondent**

**No. 151 MAL 2017**

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Wecht did not participate in the consideration or decision of this matter.